UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Roberto Osorio Alfaro,<br>Petitioner<br>v.<br>Todd Blanche, et al.,<br>Respondents | Case No. 2:26-cv-02687-CDS-MDC<br>**Order Granting Petitioner's Motion to Dismiss**<br>[ECF No. 7] |

Counsel for petitioner Roberto Osorio Alfaro moves to dismiss this duplicative petition for writ of habeas corpus. ECF No. 7. Counsel asserts that Osorio Alfaro is a petitioner in another case pending in this district, *Beristain Fuentes v. Blanche*, Case No. 2:26-cv-02588-RFB-DJA (D. Nev). *Id.* Counsel represents that they have conferred with Osorio Alfaro and reviewed the filings in both cases. Although the petitions are not identical, they raise the same habeas claims arising from the same immigration detention. *Id.* at 1–2.

As a general matter, duplicative litigation is subject to dismissal. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (affirming duplicative litigation is "an independent ground for dismissal"). Dismissal of a duplicative lawsuit "promotes judicial economy and the 'comprehensive disposition of litigation.'" *Adams v. California Dep't* , 487 F.3d 684, 692–93 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008) (citation omitted).

Accordingly, the instant petition is dismissed without prejudice as duplicative. Any claims Osorio Alfaro wishes to pursue must be asserted, if at all, in Case No: 2:26-cv-02588-RFB-DJA.

## Conclusion

It is ordered that the petitioner's motion to dismiss **[ECF No. 7] is granted**; therefore, Roberto Osorio Alfaro's petition for writ of habeas corpus **[ECF No. 1] is dismissed without prejudice as duplicative**. The Clerk of Court is kindly directed to close this case.

Dated: November 10, 2026

________________________________
Cristina D. Silva
United States District Judge